B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**Amerejuve, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**2500 West Loop South, Suite 360**<br>**Houston, Texas 77027** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Harris County, Texas**<br>ZIP CODE **77027** | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>(Check one box.)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) -- Page 2

Name of Debtor: **Amerejuve, Inc.**

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

**Signature of Petitioner or Representative (State title):** /s/ Richard K. Vanik, MD
**Name of Petitioner:** Richard K. Vanik, MD
**Date Signed:** OCT 6 2014
**Name & Mailing Address of Individual Signing in Representative Capacity:** 7777 Southwest Fwy, Suite 500, Houston, Texas 77074

**Signature of Attorney:** /s/ Lionel M. Schooler   OCT 2014
**Name of Attorney Firm:** Lionel M. Schooler, Jackson Walker LLP, 1401 McKinney, Suite 1900, Houston, TX 77010
**Telephone No.:** (713) 752-4200

---

**Signature of Petitioner or Representative (State title):** Molloy Corporation, d/b/a PXP Printing
**Name & Mailing Address of Individual Signing in Representative Capacity:** Mr. Tad Molloy, Owner and President, 9000 Southwest Freeway, Suite 320, Houston, Texas 77074

**Signature of Attorney:** _____
**Name of Attorney Firm:** _____
**Address:** _____
**Telephone No.:** _____

---

**Signature of Petitioner or Representative (State title):** Texas Anesthesiology Consultants of Texas, PLLC
**Name & Mailing Address of Individual Signing in Representative Capacity:** Dr. Harold Adams, President, 1075 Kingwood Drive, Suite 150, Kingwood, Texas 77339

**Signature of Attorney:** _____
**Name of Attorney Firm:** _____
**Address:** _____
**Telephone No.:** _____

---

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard K. Vanik, MD (see above address) | Services rendered / non-contingent indemnity obligation | at least $50,000 |
| Molloy Corporation, d/b/a PXP Printing (see above address) | trade payable | at least $8,607.39 |
| Texas Anesthesiology Consultants of Texas, PLLC (see above address) | trade payable | at least $17,000.00 |
| **Note:** If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | **Total Amount of Petitioners' Claims** | **$75,607.39** |

___ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2      Name of Debtor __Amerejuve, Inc.__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Richard K. Vanik, MD | x _Lionel M. Schooler_    ( OCT 2014<br>Signature of Attorney                           Date<br>Lionel M. Schooler, Jackson Walker LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any)<br>1401 Mckinney, Suite 1900, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>7777 Southwest Fwy, Suite 500<br>Houston, Texas 77074 | Address<br>(713) 752-4200<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Molloy Corporation, d/b/a PXP Printing | x_____<br>Signature of Attorney                           Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Mr. Tad Molloy, Owner and President<br>9000 Southwest Freeway, Suite 320<br>Houston, Texas 77074 | Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Texas Anesthesiology Consultants of Texas, PLLC | x_____<br>Signature of Attorney                           Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Dr. Harold Adams, President<br>1075 Kingwood Drive, Suite 150<br>Kingwood, Texas 77339 | Address<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Richard K. Vanik, MD (see above address) | Nature of Claim<br>Services rendered / non-contingent indemnity obligation | Amount of Claim<br>at least $50,000 |
| Name and Address of Petitioner<br>Molloy Corporation, d/b/a PXP Printing (see above address) | Nature of Claim<br>trade payable | Amount of Claim<br>at least $8,607.39 |
| Name and Address of Petitioner<br>Texas Anesthesiology Consultants of Texas, PLLC (see above address) | Nature of Claim<br>trade payable | Amount of Claim<br>at least $17,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $75,607.39 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **Amerejuve, Inc.**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Richard K. Vanik, MD

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
7777 Southwest Fwy, Suite 500
Houston, Texas 77074

x *Lionel M. Schooler*  6 OCT 2014
Signature of Attorney / Date
Lionel M. Schooler, Jackson Walker LLP

Name of Attorney Firm (If any)
1401 McKinney, Suite 1900, Houston, TX 77010

Address
(713) 752-4200
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Molloy Corporation, d/b/a PXP Printing

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mr. Tad Molloy, Owner and President
9000 Southwest Freeway, Suite 320
Houston, Texas 77074

x _____
Signature of Attorney / Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Texas Anesthesiology Consultants of Texas, PLLC

Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dr. Harold Adams, President
1075 Kingwood Drive, Suite 150
Kingwood, Texas 77339

x _____
Signature of Attorney / Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard K. Vanik, MD (see above address) | Services rendered / non-contingent indemnity obligation | at least $50,000 |
| Molloy Corporation, d/b/a PXP Printing (see above address) | trade payable | at least $8,607.39 |
| Texas Anesthesiology Consultants of Texas, PLLC (see above address) | trade payable | at least $17,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $75,607.39 |

_____ continuation sheets attached