IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Amerejuve, Inc. | § | Case No. 14-35482-H4 |
| | § | |
| Alleged Debtor. | § | (Involuntary Chapter 11) |

**OBJECTIONS TO SUBPOENA DUCES TECUM**

TO: Richard Vanik, M.D., Petitioning Creditor, by and through his attorneys of record Lionel M. Schooler, Matthew D. Cavenaugh and Joel R. Glover, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010.

COMES NOW, MORTEZA NAGHAVI, individually but identified as President and CEO of Amerejuve, Inc., and makes the following Objections to the Subpoena For Rule 2004 Examination and the Production of Documents [Doc. No. 11], and would show the Court as follows:

DEPONENT ASSERTS THE ATTORNEY/CLIENT PRIVILEGE AND/OR THE ATTORNEY WORK PRODUCT PRIVILEGE WITH REGARD TO ALL DOCUMENTS REQUESTED OR INFORMATION REQUESTED THAT WOULD MEET THE GENERAL DESCRIPTION OF SUCH PRIVILEGES. ALL RESPONSES ARE MADE SUBJECT TO AN OBJECTION BASED UPON THE PRIVILEGES AND THE RESERVATION OF THESE PRIVILEGES.

**REQUEST NO. 1:**

All federal and state tax returns for Naghavi from 2010 to the present.

**RESPONSE:** Deponent objects to production of his tax returns without a protective order or other like agreement since the information is personal, confidential and private. Based upon agreements with counsel, the tax returns are being produced subject to an agreed protective order in a form to be agreed provided the information is only to be shared only by the attorneys and clients in this proceeding.

**REQUEST NO. 2:**

All documents regarding any offering, sale, or transfer of any equity interest in Amerejuve, or any of its affiliates, to any party.

**RESPONSE:** *See* production by Amerejuve, Inc.

1

**REQUEST NO. 3:**

All documents regarding any payment of money or transfer of any property of Amerejuve to You from October 1, 2013 to the present.

**RESPONSE:**      *See* production by Amerejuve, Inc.

**REQUEST NO. 4:**

All documents regarding Your efforts to borrow or raise money.

**RESPONSE:**      Deponent objects that this request is vague, ambiguous and overbroad, *i.e.* "for what or whom." Without waiving the objection, all documents concerning efforts to borrow or raise money for Amerejuve, Inc. are being produced. *See* production by Amerejuve, Inc.

**REQUEST NO. 5:**

All documents regarding Your sources of income.

**RESPONSE:**      Deponent objects that this request is vague, ambiguous and overbroad; what is a document regarding sources of income; without waiving the objection, Deponent presumes that tax returns would show sources. *See* tax returns produced pursuant to an agreed protective order. Response to Request No. 1 is incorporated by reference.

**REQUEST NO. 6:**

All communication and correspondence regarding Amerejuve's real and personal property, from October 1, 2013 to the present.

**RESPONSE:**      *See* production by Amerejuve, Inc.

**REQUEST NO. 7:**

All bank statements for accounts held by Amerejuve from October 1, 2013 to the present.

**RESPONSE:**      *See* production by Amerejuve, Inc.

*No requests numbered 8, 9 or 10.*

**REQUEST NO. 11:**

All communication and correspondence regarding Amerejuve's Bankruptcy Case.

**RESPONSE:**      Subject to objections and withholding attorney client and attorney work product documents, s*ee* production by Amerejuve, Inc.

**REQUEST NO. 12:**

All communication and correspondence regarding Your real and personal property, from October 1, 2013 to the present.

**RESPONSE:** Deponent objects that the request is vague, ambiguous and overbroad. Communication concerning real and personal property does not make sense. Without waiving the objection, none.

**REQUEST NO. 13:**

All documents regarding any Amerejuve property - both real and personal - that is subject to liens held by any principal, officer, director or equity interest holder of Amerejuve.

**RESPONSE:** *See* production by Amerejuve, Inc.

**REQUEST NO. 14:**

Any stock certificates of Amerejuve held or owned by You.

**RESPONSE:** Will be produced.

**REQUEST NO. 15:**

All communication and correspondence between Amerejuve and/or its attorneys, officers or directors and any potential investors.

**RESPONSE:** Subject to objections and withholding attorney client and attorney work product documents, s*ee* production by Amerejuve, Inc.

**REQUEST NO. 16:**

All documents showing payments by Amerejuve to any of the Related Entities during the Relevant Time Period, and all documents showing payments by any of the Related Entities during that same time period, as well as all documents showing payments by Amerejuve to Dr. Morteza Naghavi (Principal Shareholder of Amerejuve), or by Dr. Naghavi to Amerejuve, during the Relevant Time Period.

**RESPONSE:** *See* production by Amerejuve, Inc.

Dated:   October 27, 2014                    Respectfully submitted,

                                             WAUSON ♦ PROBUS

                                             By:   /s/ John Wesley Wauson
                                                   John Wesley Wauson
                                                   (SBN 20988200; Fed. ID No. 1866)
                                                   JWWauson@w-plaw.com

Matthew B. Probus
(SBN 16341200; Fed. ID No. 10915)
MBProbus@w-plaw.com

Comerica Bank Building
One Sugar Creek Center Boulevard, Ste. 880
Sugar Land, Texas 77478
Telephone: (281) 242-0303
Facsimile: (281) 242-0306

*ATTORNEYS FOR MORTEZA NAGHAVI*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on parties in the case by ECF service this 27th day of October, 2014.

                 /s/ John Wesley Wauson
                 John Wesley Wauson